☐ Original ☐

CLERK'S OFFICE
A TRUE COPY
May 08, 2023
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | |
| *or identify the person by name and address)* ) | Case No. 23 MJ 80 |
| The residence located at 8725 N 43rd ) | |
| Street, #301, Brown Deer, WI 53209, as ) | |
| further described in Attachment A ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ Eastern _____ District of _____ Wisconsin _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ 5/22/2023 _____ *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. William E. Duffin _____.

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     5/8/2023 at 2:22 PM

*William E. Duffin*
*Judge's signature*

City and state:     Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>23-MJ-80 | Date and time warrant executed:<br>5/10/2023    0630 HRS | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

SEE ATTACHED FD-597 (RECEIPT OF PROPERTY)

JAD

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/10/2023

_____
*Executing officer's signature*

JACOB DETTMERING, SPECIAL AGENT
*Printed name and title*

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 245D-MW-3335766

On (date) 10 May 2023

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Quevon McKinnie

(Street Address) 8725 N. 43rd St.

(City) Brown Deer, WI 53209

Description of Item(s): (1) iPhone in Blue Case (2) iPhone in Black case (3) White iPhone (4) iPhone with broken screen "Pink" on back (5) US Currency Approximately $6340.00 (6) U.S. Currency Approximately $1000.00 (7) Black handgun case containing pistol lock, M&P Magazine, Approximately 8 rounds (8) Glock 19 SN: BHC5400 (9) 9 credit cards (10) US Currency Approximately $255.00 (11) US Currency Approximately $7453.00 (12) Ruger AR-556 SN: 85554623 with case (13) Glock gun case (13a) 9mm magazine with 1 round, 1 9mm magazine empty, 1 bag .380 rounds (14) Pink tablet (15) Ayraya Garry's black iPhone (16) capital one Quicksilver card "Ayranie Garry" (17) US Currency approx $243.00 (18) money counter (19) Glock Magazine with approximately 14 9mm rounds plus 19mm round free (20) skylight one debit card (21) US Currency approximately $5600 (22) "one" cash cards (23) Two P Mag 556 magazines (24) 12 credit/debit cards (25) 3 boxes American Eagle 223 9mm ammo containing approximately 20 rounds and 1 Pmag Magazine with approx 20 rounds (26) 1 Box containing approximately 50 9mm rounds (27) iPhone - silver with clear case (28) Smith & Wesson gun Box with Magazine

Received By: _____ (Signature)

Printed Name/Title: Michael Smith SA

Received From: _____ (Signature)

Printed Name/Title: SA Michael Smith

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property**

Case ID: 245D-MW-3335766

On (date) 10 May 2023          item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Quevon McKinnie

(Street Address) 8725 N. 43rd St

(City) Brown Deer, WI 53209

Description of Item (s): (29) Quest cards (Two), visa debt card (30) Documents, checks (31) Documents, receipts, (32) Necklace with diamonds

Received By: _____ (Signature)

Printed Name/Title: SA Michael Smith

Received From: _____ MS (Signature)

Printed Name/Title: SA Michael Smith MS

## ATTACHMENT A
*Property to be searched*

The property to be searched is the residence located at **8725 N 43rd Street, #301,**

**Brown Deer, WI 53209**, further described as a three-bedroom apartment within a

three-story apartment building. The exterior of the apartment building is depicted

in the picture below. The apartment door is described as a brown wood grain door

with black trim. The numbers "301" are mounted vertically to the right of the door.



1

# **ATTACHMENT B**
*Property to be seized*

All records and information relating to violations of 18 U.S.C. § 371 (conspiracy), violations of 18 U.S.C. § 1344 (bank fraud), and firearms violations in violation of 18 U.S.C § 922(g)(1), including but not limited to the following:

1. Firearms including pistols, handguns, shotguns, rifles, assault weapons, machine guns, magazines used to hold ammunition, silencers, components of firearms including laser sights and other components which can be used to modify firearms, ammunition and ammunition components, bulletproof vests, and any and all documentation related to the purchase of such items.

2. Indicia of occupancy, residency or ownership of the premises and things described in the warrant, including but not limited to utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents and keys.

3. Cellular telephones, iPads, and computers, and all electronic storage areas on the device including text messages, digital video recordings or other areas that may contain photographs or video depictions of firearms or other evidence of the possession of firearms.

4. Any and all bank checks, identification documents, personal identifiers, accounting books and records, ledgers, journals, financial statements, cash receipts, deposit slips, withdrawal slips, records reflecting the identity of checks deposited, check registers, certificates of deposit, check stubs, money orders, wire transfers, bank notices, signature cards, any other records relating to bank accounts and any other handwritten summaries/notes or schedules;

5. Titles to assets, real estate records, assets, travel and vacation records, gambling records, records for the purchase of precious metals, and other investment records; and

2

6.      Documents and items evidencing the obtaining, secreting, transfer, and/or concealment of assets and expenditure of money; all cash, currency, precious metals, financial instruments, and jewelry.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

3